

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-19-00578-CR

Juan **ESCALANTE-AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-01-00005-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before June 3, 2020. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court